# Exhibit A

D
Section 12
JURY

FILED
2021 FEB 22  A 09:53
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO. DIVISION " "

M.D. DOE

VERSUS

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.; THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS; THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA; CABRINI HIGH SCHOOL, INC.; AND DEACON GEORGE FELDER BRIGNAC

FILED: _____   _____
                                              DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **M.D. DOE** (hereinafter "DOE"), a person of the full age of majority and domiciled in the Parish of St. Charles, who respectfully represents as follows:

1.

The following parties are made Defendants in this lawsuit and are liable to Petitioner for damages, together with legal interest from the date of judicial demand until paid:

a. **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.** (hereinafter "INDEMNITY"), a Louisiana corporation domiciled in the Parish of Orleans.

b. **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** (hereinafter "ARCHDIOCESE"), an non profit association with its principal place of business in the Parish of Orleans;

c. **THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA** (hereinafter "CATHOLIC MUTUAL"), a foreign non-profit insurance corporation with its principal business establishment in the State of Nebraska, and doing business in the Parish of Orleans, State of Louisiana;

d. **CABRINI HIGH SCHOOL, INC.** (hereinafter "CABRINI"), a Louisiana Non-Profit Corporation with its principal place of business in the Parish of Orleans; and

e. **THE ESTATE OF DEACON GEORGE FELDER BRIGNAC** (hereinafter "DEACON"), formerly a resident of the Parish of Jefferson.

2.

At all times relevant, DEACON was acting in his capacity as a Deacon of the Catholic church, serving at CABRINI, and operating under the authority, supervision, and direction of the ARCHDIOCESE.

VERIFIED  Page 1 of 6

Case 2:21-cv-00477-GGG-JVM   Document 1-1   Filed 03/08/21   Page 3 of 19

**D**
Section 12

FILED
2021 FEB 22  A 09:53
CIVIL
DISTRICT COURT

3.

At all times relevant, Defendant, CABRINI, employed and/or had direct supervision over DEACON.

4.

At all times relevant, Defendant, ARCHDIOCESE, had supervisory powers and/or authority over DEACON's activities and/or placement of employment at CABRINI.

5.

In or around September of 1984, DOE was a sophomore student at CABRINI in New Orleans, Louisiana.

6.

DEACON was a teacher at CABRINI during that time after being demoted through the ranks of the ARCHDIOCESE for incidents that began as early as 1977 and potentially earlier while working with The Christian Brothers.

7.

Because DOE was a student and DEACON was a teacher, DOE interacted with DEACON on a consistent basis.

8.

Shortly after the start of DOE's sophomore year at CABRINI, DOE missed a day of school and had to retake a geometry test.

9.

DEACON, DOE's geometry teacher, scheduled the retake to take place after the regular school day.

10.

DOE was alone with DEACON after school to take DOE's geometry test. Shortly thereafter, DEACON approached DOE, began rubbing DOE's shoulders, arms, and neck and began breathing heavily, licking his lips, and groping DOE's breasts (hereinafter "INCIDENT").

11.

DOE got out of her chair and fled the room. DOE did not complete the geometry test.

Case 2:21-cv-00477-GGG-JVM Document 1-1 Filed 03/08/21 Page 4 of 19

2021-01568

D

Section 12

FILED
2021 FEB 22 A 09:53
CIVIL
DISTRICT COURT

12.

Later, DOE found out she received a "B" on her geometry test even though she had hardly gotten through the test when the INCIDENT occurred.

13.

Shortly after the INCIDENT, DOE began skipping classes to avoid any interaction with DEACON, using recreational drugs, became sexually promiscuous, and suffered general feelings of shame. DOE's anxiety and depression increased and DOE's personal relationships were negatively impacted. Later that year, she was asked to leave CABRINI. DOE then bounced around other schools before eventually getting a GED.

14.

Defendants are liable to Petitioner jointly, severally or in solido for the actions of DEACON, including but not limited to, the following negligent acts of omission and/or commission, that may be shown during the trial hereof and all in violation of Louisiana Civil Code articles 2315 and 2316, as follows:

  a. Failing to protect Petitioner from harm;
  b. Failing to have sufficient policies and/or procedures in place to prevent the abuse of minors by their agents and/or employees on their premises;
  c. Failing to warn Petitioner and Petitioner's family of the risk of sexual abuse by DEACON;
  d. Failing to remove DEACON from service after knowing of multiple complaints and/or other incidents of sexual abuse/trauma to children;
  e. Negligently exposing minors to unreasonably dangerous conditions and/or situations, including the sexual abuse of a minor at the hands of one of their agents/employees;
  f. Failing to properly screen DEACON prior to his appointment to serve with minors;
  g. Failing to discharge DEACON and/or relieve DEACON of his position and authority when they knew or should have known of his propensity for sexual abuse of minors; and
  h. Failing to prohibit DEACON from all Catholic Church and school events; and
  i. Failing to train and/or supervise their employees to identify possible signs of sexual abuse and/or molestation by other employees.

15.

Defendants had prior knowledge of the risk posed by allowing DEACON around minors as well as the potential danger DEACON posed to minors, which should act to establish a higher

Case 2:21-cv-00477-GGG-JVM Document 1-1 Filed 03/08/21 Page 5 of 19

FILED
2021 FEB 22 A 09:53
CIVIL
DISTRICT COURT

D
Section 12

duty of care and protection to DOE. By allowing DEACON to teach minors on a daily basis, Defendants violated their duties to DOE and other minors in the community.

16.

By allowing DEACON to continue working in a position of authority over minors and with the knowledge of DEACON's prior misconduct with minors, Defendants are liable to Petitioner for intentional infliction of emotional distress because Defendants knew or should have known that DEACON's continued authority over minors could certainly result in ongoing misconduct.

17.

By failing to inform the public, and specifically every parent/guardian of a minor child at CABRINI of DEACON's prior misconduct, Defendants fraudulently concealed that information and are responsible for the resulting damage caused by their fraudulent concealment.

18.

Defendants, ARCHDIOCESE and CABRINI are vicariously liable to Petitioner under Louisiana Civil Code articles 2315, 2317 and 2320 and/or under the doctrine of *Respondeat Superior*, for the acts and omissions of their employees such as DEACON, who was under the direct supervision, control, and direction of Defendants at all material times referenced herein.

19.

The unwanted actions by DEACON referenced in the above INCIDENT should be considered acts of Assault and Battery. Thus, DEACON is liable to DOE for the related intentional torts.

20.

As a direct and proximate result of the above referenced INCIDENT, DOE is entitled to compensation from all Defendants for the following damages to be shown at trial:

    a. Mental and emotional pain and suffering;

    b. Mental and emotional humiliation;

    c. Mental and emotional anger;

    d. Psychological damage and/or impairment;

    e. Diminished quality of life; and

    f. Loss of enjoyment of life.

21.

At all times relevant, Defendant, INDEMNITY, had in full force and effect a policy of insurance affording coverage for the acts complained of herein, or, in the alternative, acts as the insurer of ARCHDIOCESE or the self insurer of the ARCHDIOCESE for the acts complained of herein. This action is being brought against INDEMNITY under the Louisiana Direct Action Statute (La. R.S. 22:1269).

22.

At all times relevant, Defendant, CATHOLIC MUTUAL, had full force and effect a policy of insurance affording coverage for the acts complained of herein, or, in the alternative, acts as the insurer of ARCHDIOCESE or the self insurer of the ARCHDIOCESE for the acts complained of herein. This action is being brought against CATHOLIC MUTUAL under the Louisiana Direct Action Statute (La. R.S. 22:1269).

23.

DOE is entitled to and prays for a trial by jury as to all claims asserted herein.

WHEREFORE, Petitioner, M.D. DOE prays that Defendants, THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, CABRINI HIGH SCHOOL, INC., and THE ESTATE OF DEACON GEORGE FELDER BRIGNAC, be cited and served with this Petition for Damages and that after due proceedings are had that there be judgment herein in favor of Petitioner and against Defendants in an amount that will fully compensate Petitioner for mental and emotional pain and suffering, humiliation, anger, psychological damage and/or impairment, diminished quality of life, loss of enjoyment of life, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, and for all general and equitable relief as may be determined by the Judge and jury.

*[signature block on following page]*

2021-01568

D
Section 12

Case 2:21-cv-00477-GGG-JVM   Document 1-1   Filed 03/08/21   Page 7 of 19

FILED
2021 FEB 22  A 09:53
CIVIL
DISTRICT COURT

Respectfully submitted:

JEFF GREEN LEGAL, LLC

*[signature]*

JEFFREY P. GREEN (Bar No. 30531)
JAMES E. COURTENAY (Bar No. 31681)
3914 Canal Street
New Orleans, LA 70119
Telephone: (504) 513-8820
Facsimile: (504) 513-8824
E-mail: jgreen@jeffgreenlegal.com
jimmy@courtlawfirm.com
*Counsel for Petitioner*

**PLEASE SERVE:**

THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS
Through its registered agent:
Jeffrey J. Entwisle
7887 Walmsley Ave.
New Orleans, LA 70125

THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA
Through its Agent for Service of Process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.
(via the Louisiana Long Arm Statute La. R.S. 13:3201)
Through its agent for service of process:
Artex Risk Solutions, Inc.
140 Kennedy Dr., Suite 101
South Burlington, Vermont 05403

CABRINI HIGH SCHOOL, INC
Through its registered agent:
Jack Truxillo
1400 Moss St.
New Orleans, LA 70119

THE ESTATE, TRUSTEE and/or REPRESENTATIVE FOR DEACON
GEORGE FELDER BRIGNAC
1400 Haring Rd.
Metairie, LA 70001

ATTORNEY'S NAME: Green, Jeffrey P 30531
AND ADDRESS: 3914 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-01568      DIVISION: D      SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

## CITATION

TO: THE ESTATE, TRUSTEE AND/OR REPRESENTATIVE FOR DEACON GEORGE FELDER BRIGNAC
1400 HARING ROAD, METAIRIE, LA 70001

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by_____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within
Petition for Damages
ON THE ESTATE, TRUSTEE AND/OR REPRESENTATIVE FOR DEACON GEORGE FELDER BRIGNAC
THROUGH:
                Returned the same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
     PAPER              RETURN
_____ / _____
SERIAL NO.    DEPUTY    PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within
Petition for Damages
ON THE ESTATE, TRUSTEE AND/OR REPRESENTATIVE FOR DEACON GEORGE FELDER BRIGNAC
THROUGH:
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE ESTATE, TRUSTEE AND/OR REPRESENTATIVE FOR DEACON GEORGE FELDER BRIGNAC being absent from the domicile at time of said service.
                Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 10642617                              Page 1 of 1

ATTORNEY'S NAME: Green, Jeffrey P 30531
AND ADDRESS: 3914 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-01568      DIVISION: D      SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

### CITATION

TO: THE ESTATE, TRUSTEE AND/OR REPRESENTATIVE FOR DEACON GEORGE FELDER BRIGNAC
1400 HARING ROAD, METAIRIE, LA 70001

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON THE ESTATE, TRUSTEE AND/OR REPRESENTATIVE FOR DEACON GEORGE FELDER BRIGNAC THROUGH: _____ Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER       RETURN  ___ / ___ / ___ SERIAL NO.    DEPUTY    PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON THE ESTATE, TRUSTEE AND/OR REPRESENTATIVE FOR DEACON GEORGE FELDER BRIGNAC THROUGH: by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE ESTATE, TRUSTEE AND/OR REPRESENTATIVE FOR DEACON GEORGE FELDER BRIGNAC being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10642617      Page 1 of 1

ATTORNEY'S NAME: Green, Jeffrey P 30531
AND ADDRESS: 3914 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-01568      DIVISION: D      SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

## CITATION

TO: CABRINI HIGH SCHOOL, INC.
THROUGH: ITS REGISTERED AGENT: JACK TRUXILLO
1400 MOSS ST., NEW ORLEANS, LA 70119

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within
Petition for Damages
ON CABRINI HIGH SCHOOL, INC.
THROUGH: ITS REGISTERED AGENT: JACK TRUXILLO
Returned the same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
PAPER    RETURN
_____ / _____ / _____
SERIAL NO.    DEPUTY    PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within
Petition for Damages
ON CABRINI HIGH SCHOOL, INC.
THROUGH: ITS REGISTERED AGENT: JACK TRUXILLO
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CABRINI HIGH SCHOOL, INC. being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 10642616      Page 1 of 1

ATTORNEY'S NAME: Green, Jeffrey P 30531
AND ADDRESS: 3914 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-01568          DIVISION: D          SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

### CITATION

TO:         CABRINI HIGH SCHOOL, INC.
THROUGH:    ITS REGISTERED AGENT: JACK TRUXILLO
            1400 MOSS ST., NEW ORLEANS, LA 70119

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON CABRINI HIGH SCHOOL, INC. THROUGH: ITS REGISTERED AGENT: JACK TRUXILLO Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ENTERED/_____ PAPER        RETURN _____/_____/_____ SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON CABRINI HIGH SCHOOL, INC. THROUGH: ITS REGISTERED AGENT: JACK TRUXILLO by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CABRINI HIGH SCHOOL, INC. being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10642616                                             Page 1 of 1


ATTORNEY'S NAME: Green, Jeffrey P 30531
AND ADDRESS: 3914 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-01568       DIVISION: D       SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

### CITATION - LONG ARM

TO: THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.

THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: ARTEX RISK SOLUTIONS, INC.
140 KENNEDY DR., SUITE 101, SOUTH BURLINGTON, VT 05403

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within

**Petition for Damages**

ON THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.

THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: ARTEX RISK SOLUTIONS, INC.

Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: $ _____
/ ENTERED /
PAPER       RETURN
/       /
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within

**Petition for Damages**

ON THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.

THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: ARTEX RISK SOLUTIONS, INC.

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. being absent from the domicile at time of said service.

Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 10642615       Page 1 of 1

| | |
|---|---|
| ATTORNEY'S NAME: | Green, Jeffrey P 30531 |
| AND ADDRESS: | 3914 Canal Street, New Orleans, LA 70119 |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-01568      DIVISION: D      SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

### CITATION - LONG ARM

TO:      THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.

THROUGH:   THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: ARTEX RISK SOLUTIONS, INC.
140 KENNEDY DR., SUITE 101, SOUTH BURLINGTON, VT 05403

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within | On this ____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. | ON THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: ARTEX RISK SOLUTIONS, INC. | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: ARTEX RISK SOLUTIONS, INC. |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| ____/ ENTERED /____ | |
| PAPER       RETURN | |
| ____/____/____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10642615                                    Page 1 of 1

ATTORNEY'S NAME:   Green, Jeffrey P 30531
AND ADDRESS:   3914 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-01568        DIVISION: D        SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

## CITATION

TO:   THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.
THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within

Petition for Damages

ON THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: $ _____

/ ENTERED /
PAPER       RETURN
/         /
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within

Petition for Damages

ON THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. being absent from the domicile at time of said service.

Returned the same day
No. _____
Deputy Sheriff of _____

ID: 10642614        Page 1 of 1

ATTORNEY'S NAME: Green, Jeffrey P 30531
AND ADDRESS: 3914 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2021-01568 | DIVISION: D | SECTION: 12 |
|---|---|---|

DOE, M.D.

**Versus**

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

## CITATION

TO: THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Ellen K. Philbrick_
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within
Petition for Damages
ON THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
Returned the same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____/ ENTERED /_____
PAPER           RETURN
____/____
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within
Petition for Damages
ON THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 10642614                Page 1 of 1

ATTORNEY'S NAME:  Green, Jeffrey P 30531
AND ADDRESS:  3914 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-01568   DIVISION: D   SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

## CITATION

TO: THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA

THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | ON THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER    RETURN / _____ / _____ SERIAL NO.   DEPUTY   PARISH | Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10642613   Page 1 of 1

| | |
|---|---|
| ATTORNEY'S NAME: | Green, Jeffrey P 30531 |
| AND ADDRESS: | 3914 Canal Street, New Orleans, LA 70119 |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-01568　　　DIVISION: D　　　SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

### CITATION

TO: THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA

THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts  
421 Loyola Avenue  
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of  
The Civil District Court  
for the Parish of Orleans  
State of LA  
by _____  
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | ON THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **THE CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER　　　RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.　DEPUTY　PARISH | |

ID: 10642613　　　　　Page 1 of 1

ATTORNEY'S NAME: Green, Jeffrey P 30531
AND ADDRESS: 3914 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-01568     DIVISION: D     SECTION: 12

DOE, M.D.

Versus

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

## CITATION

TO: THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

THROUGH: ITS REGISTERED AGENT: JEFFREY J. ENTWISLE

7887 WALMSLEY AVE., NEW ORLEANS, LA 70125

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | ON THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS |
| THROUGH: ITS REGISTERED AGENT: JEFFREY J. ENTWISLE | THROUGH: ITS REGISTERED AGENT: JEFFREY J. ENTWISLE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | |
| PAPER     RETURN | Returned the same day |
| _____ / _____ / _____ | _____ No. _____ |
| SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

ID: 10642612        Page 1 of 1

ATTORNEY'S NAME:   Green, Jeffrey P 30531
AND ADDRESS:   3914 Canal Street , New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2021-01568 | DIVISION: D | SECTION: 12 |
|---|---|---|

DOE, M.D.

**Versus**

ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC. ET AL

### CITATION

TO:   THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS
THROUGH:   ITS REGISTERED AGENT: JEFFREY J. ENTWISLE
7887 WALMSLEY AVE., NEW ORLEANS, LA 70125

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 25, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within | On this ____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | ON THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS |
| THROUGH: ITS REGISTERED AGENT: JEFFREY J. ENTWISLE | THROUGH: ITS REGISTERED AGENT: JEFFREY J. ENTWISLE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | |
| PAPER    RETURN | Returned the same day _____ No. _____ |
| ___ / ___ / ___ | |
| SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

ID: 10642612    Page 1 of 1